In the Matter of the Construction of the Will of JENNIE ORR, Deceased. JONATHAN HOLDEEN et al., Appellants; JESSE PERLMUTTER et al., Respondents.

Argued November 17, 1949; decided December 2, 1949.

*Jonathan Holdeen,* in person, for appellants.
*Jesse Perlmutter,* in person, for respondents.

Order affirmed, with costs to respondents against appellants; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.